FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 JUL -6 PM 2: 03

CLERK C Adams
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN RE: ) Case Nos.: CR 112-176, U.S. v. M.C. Carter
LEAVE OF ABSENCE REQUEST FOR ) CR 114-124, U.S. v. D.S. Winn
LAMONT A. BELK ) CR 115-039, U.S. v. M. Williams, Jr.
**July 20 – 24 and July 27 - 28, 2015** )
)
)

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Lamont A. Belk for the following dates: July 20-24, and July 27-28, 2015, to attend a conference outside of the district and for a medical appointment; the same is hereby GRANTED.

This 6th day of July, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA