IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR 114-124 |
| | ) | |
| DERRICK S. WINN, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

The Court having read and consider Defendant Winn's Motion to File a Pre-Sentencing Memorandum Under Seal, and the Court finding that the nature of the information contained in the Defendant's Pre-Sentencing Memorandum warrants it being filed under seal, the Court hereby ORDERS that the Defendant be permitted to file his Pre-Sentence Memorandum under seal and that it remain under seal unless and until ordered otherwise by this Court.

This the 28th day of July, 2015.

~~HONORABLE JUDGE/MAGISTRATE~~
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA